PJR/tab                                                    Our File No.  5574-24682

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDRIAN LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 5046 |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO HEIGHTS, a | ) | Judge Hart |
| Municipal corporation, Arturo Robles | ) | |
| (Badge 148) Art Robles, Officer Wilson | ) | |
| (Badge 117) W. Stacey (Badge 172) | ) | |
| R. Wilson (Badge 117) each person | ) | |
| individually and in official capacity as | ) | |
| Police Officers, CITY OF CHICAGO | ) | |
| HEIGHTS, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANTS WILSON and STACEY'S MOTION FOR SUMMARY JUDGMENT</u>

NOW COME the defendants, OFFICER WILSON and OFFICER STACEY, by their attorneys, DOWD & DOWD, LTD., and pursuant to FRCP 56(a), moves this Honorable Court for entry of an order granting them summary judgment as to Plaintiff's complaint at law.   In support of their motion, Officers Wilson and Stacey submit their memorandum of law as well as their 56.1(a) statement of uncontested facts.

WHEREFORE, the defendants, OFFICER WILSON and OFFICER STACEY, prays for entry of an order granting them summary judgment as to the plaintiff's complaint at law and for any and all relief the court deems proper.

Respectfully submitted,
**DOWD & DOWD, LTD.**

By:     /s/ Phil F. Cuevas
Attorneys for Defendants,
OFFICERS WILSON and STACEY

**CERTIFICATE OF SERVICE**

I, an attorney, state that the Defendants Wilson and Stacey's Motion for Summary Judgment was served electronically to all law firms of record via ECF on September 13, 2006.


By:    /s/ Philip F. Cuevas _____
Attorney for Defendants,
OFFICERS WILSON and STACEY


Philip F. Cuevas
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500