PJR/tab                                                                                  Our File No. 5574-24682

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EDRIAN LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 5046 |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO HEIGHTS, a | ) | Judge Hart |
| Municipal corporation, Arturo Robles | ) | |
| (Badge 148) Art Robles, Officer Wilson | ) | |
| (Badge 117) W. Stacey (Badge 172) | ) | |
| R. Wilson (Badge 117) each person | ) | |
| individually and in official capacity as | ) | |
| Police Officers, CITY of CHICAGO | ) | |
| HEIGHTS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS WILSON and STACEY'S 56.1 STATEMENT (a) OF UNCONTESTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

NOW COME the defendants, OFFICER WILSON and OFFICER STACEY, by their attorneys, DOWD & DOWD, LTD., and in support of their motion for summary judgment, submit their 56.1(a) statement of uncontested facts:

1.  Prior to being allegedly kicked by Defendant Robles, there was no indication, verbally or physically, that Officer Robles would allegedly kick the plaintiff in the head (See deposition of Plaintiff, Exhibit A, page 67, lines 5-15).

2.  The plaintiff does not recall any of the events at the scene after being allegedly kicked in the face once by Defendant Robles (See Exhibit A, page 67, lines 12-19).

3. While at the police station, the plaintiff was not physically abused in any way by any of the defendants (See Plaintiff's deposition testimony, Exhibit A, page 75, lines 1-8).

4. The only part of the plaintiff's body that was affected as a result of the alleged mistreatment by the defendants on August 2, 2003 was the right side of his face (See Plaintiff's deposition, Exhibit A, page 90, lines 13-16).

5. The plaintiff does not know what Defendant Officer Wilson or Stacey were doing when Officer Robles allegedly kicked him in the face (See Plaintiff's deposition, Exhibit A, page 100, lines 3-8, 16-22, page 101-102, lines 24-7).

6. The plaintiff cannot identify or describe Officer Wilson or Stacey (See Plaintiff's deposition transcript, Exhibit A, page 104, lines 10-19).

7. Officer Stacey and Wilson denied they ever saw the plaintiff mistreated in any way by Officer Robles (See Plaintiff's deposition transcript, Exhibit A, page 116, lines 2-5).

8. The plaintiff only has knowledge of one other allegation against the Chicago Heights Police Department alleging physical brutality and he cannot recall any of the officers involved or where the alleged victim resides (See Plaintiff's deposition transcript, page 119, lines 13-18 and 22-24).

9. When Officers Wilson and Stacey handcuffed the plaintiff and placed him on the ground, the plaintiff was not injured and there are no allegations of abuse during this activity (See Plaintiff's deposition transcript, page 123, lines 3-10).

10. Plaintiff concedes that a gun was recovered in the immediate area in which he alleges his injury occurred and was discarded by his friend, Rodolfo Vega,

who was taking a walk with him at approximately 2:30 a.m. (See Plaintiff's deposition transcript, page 70, lines 7-11 and page 71, lines 3-7).

11. Plaintiff did not have multiple bruises or contusions (See Plaintiff's deposition transcript, page 90, lines 5-7).

12. Plaintiff had consumed alcohol and had alcohol with him during the arrest (See Plaintiff's deposition transcript, page 52, lines 5-12 and page 53, lines 3-5).

        Respectfully submitted,
        **DOWD & DOWD, LTD.**

By:   /s/ Philip F. Cuevas
        Attorneys for Defendants,
        OFFICERS WILSON and STACEY

**CERTIFICATE OF SERVICE**

I, an attorney, state that the Defendants Wilson and Stacey's 56.1(a) Statement in support of their Motion for Summary Judgment was served electronically to all law firms of record via ECF on September 13, 2006.

                By:    /s/ Philip F. Cuevas _____
                         Attorney for Defendants,
                         OFFICERS WILSON and STACEY

Philip F. Cuevas
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500